IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.                                        CRIMINAL NO. 2:05-00149-01

MONICA LORRAINE AMAKER

MEMORANDUM OPINION AND ORDER

Pending before the court is a motion, brought pursuant to 18
U.S.C. § 3582(c)(2), to reduce Defendant's sentence based on a
subsequent reduction in the applicable sentencing guideline.
(Doc. # 99).  On November 1, 2010, pursuant to the Fair Sentencing
Act of 2010, the United States Sentencing Guidelines were amended,
resulting in reductions in the guidelines in Section 2D1.1 for
cocaine base.  These temporary, emergency amendments to the
Guidelines took effect on November 1, 2010.  Permanent amendments
implementing the Act were promulgated on April 6, 2011, with an
effective date of November 1, 2011.  Subsequently, the Sentencing
Commission voted to give retroactive effect to the permanent
amendments.  Pursuant to a Standing Order entered on October 7,
2011, this case was designated for Standard consideration.

The court has received and considered the Original
Presentence Investigation Report (PSI), the Judgment and
Commitment Orders and Statement of Reasons, addendum to the PSI
from the Probation Office, memoranda filed by defendant and the
United States, and other matters of record.  The court has also

considered the applicable factors under 18 U.S.C. § 3553(a), consistent with § 3582(c)(2), and public safety.

Having reviewed the materials of record, the court has determined that the motion must be **DENIED**. As defendant concedes, she is not eligible for a reduction of her sentence because she is subject to a mandatory minimum sentence of twenty years on Count One. See U.S.S.G. § 1B1.10, Application Note 1(A).

The Clerk is **DIRECTED** to send a copy of this Memorandum Opinion and Order to defendant, counsel of record, the United States Probation Office, and the United States Marshal for the Southern District of West Virginia.

It is SO ORDERED this 6th day of March, 2012.

ENTER:

David A. Faber
Senior United States District Judge